UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIN MILLBROOK, | CIVIL ACTION NO. 3:11-cv-131 |
| Plaintiff | (Judge Nealon) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant | |

*FILED SCRANTON FEB 1 6 2012 Per___ DEPUTY CLERK*

### ORDER

NOW, THIS 16th DAY OF FEBRUARY, 2012, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion (Doc. 24) for summary judgment is **DEEMED WITHDRAWN**.

2. Defendant's dispositive motion is construed as solely seeking entry of summary judgment.

3. The Defendant's motion for summary judgment (Doc. 9) is **GRANTED**.

4. The Clerk of Court is directed to **CLOSE** the case.

*[signature]*
**United States District Judge**