**ALD-155**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1531
_____

KIM MILLBROOK,
Appellant

v.

UNITED STATES OF AMERICA

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 11-cv-00131)
District Judge:  Honorable William J. Nealon
_____

Before: SLOVITER, FISHER and WEIS, Circuit Judges
_____

**JUDGMENT**

This cause came to be considered on the record from the United States

District Court for the Middle District of Pennsylvania and was submitted for

possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) or summary action

pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on April 12, 2012.  On

consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered February 16, 2012 be and the same is hereby affirmed.  All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron,
Clerk

DATED: April 23, 2012

Certified as a true copy and issued in lieu
of a formal mandate on __6/14/12__

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit