UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KIM MILLBROOK, : CIVIL ACTION NO. 3:12-cv-421
:
    Plaintiff : (Judge Nealon)
:
v. :
:
:
UNITED STATES OF AMERICA, ET AL., :
:
    Defendants :

FILED
SCRANTON
MAR 2 5 2014
PER _____
DEPUTY CLERK

## ORDER

**NOW, THIS 25th DAY OF MARCH, 2014**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' dispositive motion (Doc. 63) is construed as solely seeking summary judgment.

2. Defendants' motion for summary judgment (Doc. 63) is **GRANTED in part**.

3. The request that the <u>Bivens</u> claim against Defendant Edinger regarding a March 5, 2010, incident be joined into Plaintiff's FTCA action, <u>Millbrook v. United States</u>, Civ. No. 3:11-cv-131 (M.D. Pa.), regarding the same incident is **GRANTED**.

4. A copy of this Memorandum and Order shall be docketed in <u>Millbrook v. United States</u>, Civ. No. 3:11-cv-131, and Defendant Edinger shall be listed as an additional Defendant in that case.

5. Summary judgment is **GRANTED** in favor of all Defendants in the instant action with the exception of the United States of America.

6. Entry of summary judgment is **GRANTED** with respect to all claims with the exception of the FTCA claims pertaining to an alleged sexual

assault by Paramedic Walls on May 12, 2011.

_____
**United States District Judge**