UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM MILLBROOK, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:11-CV-0131 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

## ORDER

**AND NOW, THIS 3RD DAY OF SEPTEMBER, 2015**, in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's third motion to compel discovery, (Doc. 93), is **DENIED**;

2. Dispositive motions, if any, shall be filed on or before **September 30, 2015**; and

3. Failure to file a dispositive motion by **September 30, 2015**, will result in the case being set for trial at the convenience of the Court.

/s/ William J. Nealon
**United States District Judge**