UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**KIM MILLBROOK,** :

    Plaintiff : CIVIL ACTION NO. 3:11-131

    v. : (JUDGE MANNION)

**UNITED STATES OF AMERICA,** :

    Defendant :

## ORDER

In accordance with this Court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

**(1)** Judgment is awarded in favor of the defendant United States and against the plaintiff Kim Millbrook; and

**(2)** the Clerk of the Court is directed to **CLOSE** this case.

                                            *s/ Malachy E. Mannion*
                                          **MALACHY E. MANNION**
                                          **United States District Judge**

**DATE: June 27, 2022**
11-131-01-ORDER